AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Charles Orlando Pratt IV<br>DOB: ▓▓▓▓<br><br>*Defendant(s)* | )<br>)<br>)  Case: 1:24–mj–00373<br>)  Assigned To : Sharbaugh, Matthew J.<br>)  Assign. Date : 12/3/2024<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | - Civil Disorder; |
| 18 U.S.C. § 111(a)(1) | - Assaulting, Resisting, or Impeding Certain Officers; |
| 18 U.S.C. § 1752(a)(1) | - Entering and Remaining in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(2) | - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(4) | - Engaging in Physical Violence in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly Conduct in a Capitol Building; |
| 40 U.S.C. § 5104(e)(2)(E) | - Impeding Passage Through the Capitol Grounds or Buildings; |
| 40 U.S.C. § 5104(e)(2)(F) | - Act of Physical Violence in the Capitol Grounds or Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

▓▓▓▓▓▓▓, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___12/03/2024___                                    _____
                                                                                *Judge's signature*

City and state:      ___Washington, D.C.___                 Matthew J. Sharbaugh, U.S. Magistrate Judge
                                                                                *Printed name and title*