AO 442 (Rev. 11/11) Arrest Warrant

11743187

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Charles Orlando Pratt IV

*Defendant*

)
)
) Case: 1:24–mj–00373
) Assigned To : Sharbaugh, Matthew J.
) Assign. Date : 12/3/2024
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Charles Orlando Pratt IV,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage Through the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date:   12/03/2024

Digitally signed by Matthew J. Sharbaugh
Date: 2024.12.03 10:59:43 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12-3-2024, and the person was arrested on *(date)* 12-4-2024
at *(city and state)* Richmond, Virginia

Date:   12-4-2024

*Arresting officer's signature*

Special Agent Adria Johnson
*Printed name and title*